No. 1672, Misc. CAPPETTA *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied. *Earl Faircloth,* Attorney General of Florida, and *Charles W. Musgrove,* Assistant Attorney General, for respondent.

No. 1673, Misc. McCARGO *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 1677, Misc. TABOR, AKA REICHNER *v.* VIRGINIA. Sup. Ct. App. Va. Certiorari denied.

No. 1679, Misc. RILEY *v.* PARKER ET AL. C. A. 9th Cir. Certiorari denied.

No. 1687, Misc. DEARINGER *v.* RHAY, PENITENTIARY SUPERINTENDENT. Sup. Ct. Wash. Certiorari denied.

No. 1694, Misc. TINSLEY *v.* McMANN, WARDEN. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 1699, Misc. FARNSWORTH *v.* SECOND DISTRICT COURT. Sup. Ct. Utah. Certiorari denied.

No. 1548, Misc. AADAL *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Sidney M. Glazer* for the United States.

No. 1105, Misc. HANCOCK *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *George F. McCanless,* Attorney General of Tennessee, and *Robert H. Roberts,* Assistant Attorney General, for respondent.